# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

WYNNEWOOD REFINING COMPANY, LLC,

      Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Respondent.

Case No. 23-60427

## JOINT STATUS REPORT

Pursuant to this Court's November 2, 2023 Order, Docs. 73-1 & 73-2, Petitioner Wynnewood Refining Company, LLC ("Wynnewood") and Respondent U.S. Environmental Protection Agency ("EPA"), jointly submit this status report and state as follows:

1. In July 2023, EPA denied 26 petitions for small refinery hardship exemptions, including the hardship petition submitted by Wynnewood for the 2022 compliance year. *See* 88 Fed. Reg. 46,795 (July 20, 2023) ("July 2023 Denial").

2. On August 8, 2023, Wynnewood filed a petition for review of the July 2023 Denial in this Court, Doc. 1-1, and also filed a "protective" petition for review of the same agency action in the D.C. Circuit. *See Wynnewood Refin. Co. v. EPA*, No. 23-1210 (D.C. Cir.), Doc. 2012315 (consolidated with No. 23-1194).

3. On September 12, 2023, Wynnewood filed a motion for stay of its compliance obligations pending review in this matter of the July 2023 Denial, which EPA did not oppose, and which this Court granted on October 13, 2023. Doc. 59-2.

4. On October 19, 2023, Wynnewood and EPA jointly filed an unopposed motion to stay all case deadlines and hold case in abeyance ("Joint Abeyance Request"). Doc. 60. On November 2, 2023, this Court granted the Joint Abeyance Request and ordered that all proceedings on Wynnewood's petition be stayed "until 30 days after resolution of [the] April and June 2022 denial cases." Doc. 73-1. As defined in the Joint Abeyance Request, the "April and June 2022 denial cases" are: (i) *Sinclair Wyo. Refin. Co. v. EPA*, No. 22-1073 (consol.) (D.C. Cir.), in which Wynnewood was formerly a "protective" petitioner; (ii) *Calumet Shreveport Refin. v. EPA*, No. 22-60266 (consol.) (5th Cir.), in which Wynnewood was a petitioner; and (iii) *Hunt Refining Co. v. EPA*, No. 22-11617 (consol.) (11th Cir.). Doc. 60 at 1.

5. The order also required the parties to file a status report "every 30 days," the first of which must be filed on or before December 4, 2023. Doc. 73-2.

6. On December 4, 2023, January 3, 2024, February 2, 2024, March 4, 2023, April 3, 2024, May 3, 2024, June 3, 2024, and July 3, 2024, the parties filed their joint status reports. Doc. 74; Doc 75; Doc. 76; Doc. 77; Doc. 78; Doc. 79; Doc. 94; Doc. 95.

7. As to the status of the April and June 2022 Denial cases:

    a. *Sinclair Wyoming* (D.C. Cir.): On July 26, 2024, the D.C. Circuit issued a sealed opinion and entered judgment in the consolidated Sinclair Wyoming petitions. *See Sinclair Wyoming*, No. 22-1073, Doc. 2066666 (sealed); Doc. 2066659. A unanimous merits panel granted all but two of the petitions for review and vacated and remanded the April and June 2022 Denials to EPA for further proceedings. *Id.*, Doc. 2066659. The D.C. Circuit

further ordered that the parties in *Sinclair Wyoming* show cause, by August 5, 2024, why any portion of the opinion should remain under seal and identify and explain any proposed redactions. *Id.*, Doc. 2066670.

      b.    *Calumet Shreveport* (5th Cir.): On November 22, 2023, this Court issued a published opinion and entered judgment granting petitioners' petitions for review, including Wynnewood's petitions for review regarding the 2017-2021 compliance years. *See Calumet Shreveport Refin.*, 86 F.4th at 1142; Doc. 409. A divided merits panel granted the petitions for review and vacated and remanded the challenged adjudications to EPA "for further proceedings in accordance with the opinion of this court." *See id.*, Doc. 408-1 at 30; Doc. 409 at 3. On January 22, 2024, this Court denied Intervenors' petitions for rehearing en banc. *See Calumet Shreveport Refin. v. EPA*, No. 22-60266 (consol.) (5th Cir.). *Id.*, Doc. 444-2. The mandate issued on January 30, 2024. *See id.*, Doc. 446-2. EPA and Intervenors Growth Energy and the Renewable Fuels Association filed separate petitions for a writ of certiorari on May 20, 2024. The Supreme Court docketed those petitions on May 22, 2024. *See* No. 23-1229 (EPA) and 23-1330 (Intervenors). The petitioners' response is currently due on August 27, 2024.

      c.    *Hunt* (11th Cir.): On January 11, 2024, the Eleventh Circuit issued a published opinion and entered judgment dismissing Hunt's petitions for review. *See Hunt Refin. Co. v. EPA*, No. 22-11617 (consol.) (11th Cir.), Doc. 118-1. On April 9, 2024, the Eleventh Circuit denied Hunt's petition for

rehearing en banc. *See id.*, Doc. 123. The mandate issued on April 17, 2024. *Id.*, Doc. 124. No party filed a petition for a writ of certiorari.

8. Given the new developments in *Sinclair Wyoming* (D.C. Cir.) just a few days ago, the parties require additional time to review that Court's decision and confer regarding the abeyance and any further proceedings in this action. Therefore, the parties respectfully request that this Court continue the abeyance and allow the parties to file a joint status as required by this Court's November 2, 2023 Order within 30 days, on or before September 3, 2024.

\* \* \*

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |

TODD KIM
*Assistant Attorney General*

| | |
|---|---|
| */s/ Bryan J. Harrison* | */s/ Jonathan G. Hardin* |
| Bryan J. Harrison | Jonathan G. Hardin |
| Jeffrey Hughes | Alexandra Magill Bromer |
| U.S. Department of Justice | PERKINS COIE LLP |
| Environment & Natural Resources | 700 13th Street, NW, Suite 800 |
| P.O. Box 7611 | Washington, D.C. 20005-3960 |
| Washington, D.C. 20044 | Telephone: 202.654.6297 |
| Telephone: 202.307.0930 (Harrison) | Facsimile: 202.654.6211 |
| Telephone: 202.305.4598 (Hughes) | JHardin@perkinscoie.com |
| bryan.harrison@usdoj.gov | ABromer@perkinscoie.com |
| jeffrey.hughes@usdoj.gov | |
| | Michael R. Huston |
| *Counsel for Respondent U.S.* | Karl J. Worsham |
| *Environmental Protection Agency* | PERKINS COIE LLP |
| | 2525 East Camelback Road, Suite 500 |
| | Phoenix, AZ 85016 |
| | Telephone: 602.351.8000 |
| | Facsimile: 602.648.7000 |
| | MHuston@perkinscoie.com |
| | KWorsham@perkinscoie.com |
| | |
| | *Counsel for Petitioner Wynnewood Refining Company, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 2, 2024

                                            */s/ Bryan J. Harrison*
                                            Bryan J. Harrison
                                            United States Department of Justice